UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BRENDA PERRYMAN,                                    CIVIL NO. 12-247 (MJD/JSM)

    Plaintiff,

v.                                                                          ORDER

CAROLYN COLVIN,
Acting Commissioner of Social Security,

    Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated July 23, 2013. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

    IT IS HEREBY ORDERED:

    1.    Plaintiff's Motion for Summary Judgment [Docket No. 12] is **DENIED**; and

    2.    Defendant's Motion for Summary Judgment [Docket No. 20] is **GRANTED**.

**LET JUDGEMENT BE ENTERED ACCORDINGLY**


Dated: <u>August 16, 2013</u>

                      s/Michael J. Davis
                      MICHAEL J. DAVIS
                      Chief Judge
                      United States Chief District Court